IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
AUG 05 2025
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ naa _____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. CR 25-284 G |
| -vs- | ) | |
| | ) | |
| IAN JUDD, | ) | Violations: 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 856(a)(1) |
| Defendant. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) | 18 U.S.C. § 924(d) |
| | ) | 21 U.S.C. § 853 |
| | ) | 28 U.S.C. § 2461(c) |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
**(Possession of Methamphetamine with Intent to Distribute)**

Before committing the offense charged in Count 1, **IAN JUDD** had convictions for a serious drug felony, namely, convictions under Title 21, United States Code, Section 841(a)(1) (Distribution of Cocaine Base and Possession of Cocaine Base with Intent to Distribute), in the case entitled *United States v. Ian Judd*, Case No. 05-CR-68 (D. Alaska), for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense

On or about July 10, 2025, in the Western District of Oklahoma,

-------------------------------------- **IAN JUDD** --------------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2
### (Maintaining a Drug-Involved Premises)

On or about July 10, 2025, in the Western District of Oklahoma,

------------------------------------------ **IAN JUDD** ------------------------------------------

knowingly and intentionally rented, used, and maintained a place at 3108 SW 119th Street, Oklahoma City, Oklahoma, for the purpose of storing and distributing methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1).

## COUNT 3
### (Felon in Possession of Firearms)

On or about July 10, 2025, in the Western District of Oklahoma,

------------------------------------------ **IAN JUDD,** ------------------------------------------

with knowledge that he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed firearms, specifically:

1. a DPMS Panther Arms, model A15, multi-caliber rifle, bearing serial number DNWC080807;

2. a Hi-Point, model C9, 9mm caliber pistol, bearing serial number P1842033;

      3.      a Springfield Armory, model XDS, 9mm caliber pistol, bearing serial number S3857590; and

      4.      a Smith & Wesson, model SD40VE, .40 caliber pistol, bearing serial number HFU1185,

which were in and affecting interstate or foreign commerce in that said firearms had previously crossed states lines to reach Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found in Title 18, United States Code, Section 924(a)(8).

## COUNT 4
### (Possession of Firearms in Furtherance of a Drug-Trafficking Crime)

On or about July 10, 2025, in the Western District of Oklahoma,

---------------------------------------- **IAN JUDD** ----------------------------------------

knowingly possessed firearms, specifically:

      1.      a DPMS Panther Arms, model A15, multi-caliber rifle, bearing serial number DNWC080807;

      2.      a Hi-Point, model C9, 9mm caliber pistol, bearing serial number P1842033;

      3.      a Springfield Armory, model XDS, 9mm caliber pistol, bearing serial number S3857590; and

      4.      a Smith & Wesson, model SD40VE, .40 caliber pistol, bearing serial number HFU1185,

in furtherance of a drug-trafficking crime for which he may be prosecuted in a court of the United States, that is, possession of methamphetamine with intent to distribute, as charged in Count 1.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1 and 2 of this Indictment, **IAN JUDD** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense(s).

Upon conviction of any of the offenses alleged in Counts 3 and 4 of this Indictment, **IAN JUDD** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense(s).

The property subject to forfeiture includes, but is not limited to:

1. approximately $4,335.00 in U.S. currency;
2. a DPMS Panther Arms, model A15, multi-caliber rifle, bearing serial number DNWC080807;
3. a Hi-Point, model C9, 9mm caliber pistol, bearing serial number P1842033;
4. a Springfield Armory, model XDS, 9mm caliber pistol, bearing serial number S3857590;
5. a Smith & Wesson, model SD40VE, .40 caliber pistol, bearing serial number HFU1185; and
6. any and all ammunition and magazines not specified herein.

All pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

NICK COFFEY
Assistant United States Attorney