UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

William J. Holloway, Jr. United States Courthouse
200 N.W. Fourth Street, Oklahoma City, Oklahoma
Courtroom 305

CRIMINAL TRIAL DOCKET BEFORE
U.S. DISTRICT JUDGE CHARLES B. GOODWIN
For
OCTOBER 2025

NOTICE TO COUNSEL:

*Docket Call*. All parties are directed to appear by counsel for docket call on **October 7, 2025 at 10:00 a.m.** The sequence of trials for both criminal and civil cases will be determined at that time. Unless excused in advance, lead trial counsel should attend. Parties should be prepared to discuss scheduling and any pending motions.

*Pretrial Filings*. All requested voir dire, motions in limine, and proposed jury instructions (including verdict forms) shall be filed in accordance with the deadlines established by the Local Criminal Rules for the Western District of Oklahoma, unless an exception has been specifically made by the Court. In addition, the parties shall submit their requested voir dire and proposed jury instructions in Word format via email to [goodwin-orders@okwd.uscourts.gov](mailto:goodwin-orders@okwd.uscourts.gov).

*Trial Setting*. Each case listed below is hereby set for trial in **October 2025**. Specific trial settings will be discussed at Docket Call; however, a special trial setting cannot be guaranteed and all parties in all cases should be prepared to begin trial on **Tuesday, October 14, 2025, at 9:30 a.m.**

*Trial Documents*. Immediately prior to the beginning of trial, each party shall submit to the Courtroom Deputy three sets of the party's (a) list of witnesses, (b) list of exhibits, and (c) exhibit notebooks. The exhibit notebooks shall consist of three-ring binders with a cover sheet reflecting the case number and sponsoring party. Exhibits shall be marked numerically as set forth in the exhibit list and separated by tabs. Two sets will be used by Judge Goodwin and his law clerk. The primary "record" set shall be maintained by the Courtroom Deputy throughout the trial. The exhibits in the record set (which should include any original documents and be labeled with original document stickers) will be placed before testifying witnesses and submitted to the jury after removing documents not admitted into evidence.

| Case No. | Style | Counsel |
|---|---|---|
| CR-24-277-G | United States of America<br><br>V.<br><br>Dallas Jason Ford | Elizabeth Joynes<br><br><br><br>Michael W. Noland<br>Todd M. Adler |
| CR-25-185-G | United States of America<br><br>V.<br><br>Tarrell Deshaun Hunt | David R. Nichols , Jr.<br><br><br><br>Cody E. Gilbert |
| CR-25-284-G | United States of America<br><br>V.<br><br>Ian Judd | Stephen C. Hoch<br><br><br><br>Craig M. Hoehns |
| CR-25-298-G | United States of America<br><br>V.<br><br>Richard Barrett<br><br>-and-<br><br>Freddy Benavides Portillo<br><br>-and-<br><br>Lilian Gonzales Benavides | Stephen C. Hoch<br><br><br><br>Kiefer Rose<br><br><br><br>Cesar A. Armenta<br>Judith S. Gallegos<br><br>Laura S. Neal |