IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No.  CR-25-284-G |
| IAN JUDD, | ) ) | Violations:  21 U.S.C. § 841(a)(1) |
| | ) | 18 U.S.C. § 922(g)(1) |
| Defendant. | ) | 18 U.S.C. § 924(d) |
| | ) | 21 U.S.C. § 853 |
| | ) | 28 U.S.C. § 2461(c) |

S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges:

### COUNT 1
(Possession of Methamphetamine with Intent to Distribute)

On or about July 10, 2025, in the Western District of Oklahoma,

-------------------------------------------- IAN JUDD --------------------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

### COUNT 2
(Felon in Possession of Firearms)

On or about July 10, 2025, in the Western District of Oklahoma,

------------------------------------------ IAN JUDD, ------------------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, specifically:

1. a DPMS Panther Arms, model A15, multi-caliber rifle, bearing serial number DNWC080807;

2. a Hi-Point, model C9, 9mm caliber pistol, bearing serial number P1842033;

3. a Springfield Armory, model XDS, 9mm caliber pistol, bearing serial number S3857590; and

4. a Smith & Wesson, model SD40VE, .40 caliber pistol, bearing serial number HFU1185;

which were in and affecting interstate or foreign commerce in that said firearms had previously crossed states lines to reach Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found in Title 18, United States Code, Section 924(a)(8).

## FORFEITURE

The allegations contained in this Superseding Information are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1 of this Superseding Information, **IAN JUDD** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense.

Upon conviction of the offense alleged in Count 2 of this Superseding Information, **IAN JUDD** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but is not limited to:

1. approximately $4,235.00 in U.S. currency;
2. a DPMS Panther Arms, model A15, multi-caliber rifle, bearing serial number DNWC080807;
3. a Hi-Point, model C9, 9mm caliber pistol, bearing serial number P1842033;
4. a Springfield Armory, model XDS, 9mm caliber pistol, bearing serial number S3857590;
5. a Smith & Wesson, model SD40VE, .40 caliber pistol, bearing serial number HFU1185; and
6. any and all ammunition and magazines not specifically listed.

All pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).

ROBERT J. TROESTER
United States Attorney

*/s/*

STEPHEN C. HOCH
Assistant United States Attorney